

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Waymon Scott Hartwell and Hartwell
Farms, LLC, Appellants

No. 06-24-00022-CV        v.

Fannin Bank, Appellee

Appeal from the 336th District Court of
Fannin County, Texas (Tr. Ct. No. CV-15-
42242).  Panel consists of Chief Justice
Stevens and Justices van Cleef and Rambin.
Memorandum Opinion delivered by Justice
van Cleef.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed
for want of prosecution.  Therefore, we dismiss the appeal.

We further order that the appellants, Waymon Scott Hartwell and Hartwell Farms, LLC,
pay all costs incurred by reason of this appeal.

RENDERED MAY 9, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk